# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HEAD, HAYDEN | 2. Court or Organization<br><br>U.S DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS | 3. Date of Report<br><br>06/27/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>[ ] Nomination   Date<br>[ ] Initial   [✔] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. DISTRICT COURTHOUSE
1133 N. SHORELINE BLVD.
CORPUS CHRISTI, TX 78401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Farm Leasing Agent | ████████, Grayson County, Texas |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Herndon Plant Oakley | | | | | | | | | |
| 2. -Prime Money Market Fund | A | Int./Div. | L | T | | | | | |
| 3. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | J | T | Buy (add'l) | 12/31/11 | J | | |
| 4. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | | | Merged (with line 3) | 01/11/11 | J | | |
| 5. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | | | Merged (with line 3) | 04/12/11 | J | | |
| 6. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | | | Merged (with line 3) | 7/13/11 | J | | |
| 7. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | | | Merged (with line 3) | 9/30/11 | J | | |
| 8. -Blackrock Strategic Dividend Achievers Trust | A | Dividend | | | Merged (with line 3) | 12/30/11 | J | | |
| 9. Herndon Plant Oakley Brokerage Acct #1 | | | | | | | | | |
| 10. -Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 11. -U. S. Treasury Bond, due 11-15-2021 | C | Interest | L | T | | | | | |
| 12. American Bank Accounts, Corpus Christi, TX | A | Interest | L | T | | | | | |
| 13. Becks Prime Boc Ltd 1/2 Ltd Partnership Unit | | None | J | U | | | | | |
| 14. Becks Dairy- Ashford I-10 SE Ltd. Partnerhsip Unit | B | Distribution | J | U | | | | | |
| 15. Transamerica Occidental; Universal Life Ins Policy | C | Int./Div. | L | T | | | | | |
| 16. Overriding Royalty Int., Nueces Co., Tx & Borden Co, TX | A | Royalty | J | W | | | | | See VIII |
| 17. Farm, Grayson Co., Texas | C | Rent | O | W | | | | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Geneworth Life and Annuity Insurance (formerly First Colony) | A | Int./Div. | J | T | | | | | |
| 19. 401(k) Div Inv Var Fund Diversified Inv. Advisor | B | Dividend | K | T | | | | | |
| 20. U. S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |
| 21. Paid Up Oil and Gas Lease, Grayson Co., TX | | None | J | W | | | | | See VIII |
| 22. Garden home unit, Aransas County, Texas (X) | | None | L | W | | | L | | See VIII |
| 23. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following notes apply to Section VII. Item #

16. Production occurred and sold by Texon LP, Houston, Texas prior to 10/31/11; after 11/1/11 production occurred and sold by Sunoco Partners Marketing & Terminals, L.P.

17. The annual tax appraisals from Grayson County are used to evaluate the farm. These appraisals include both the agricultural value and the fair market value.

21. The Lease provides for a three year primary term with a two year option for rights to explore for, develop, produce and market oil and gas along with all hydrocarbon nonhydrocarbon substances produed in association therewith. It is fully paid up as it requires no additional rentals. If production is obtained, then this document governs the royalties to be paid at Three Sixteenths of said production. No income was received in 2011.

22. Separate property of the Judge's ███████████; received from their ██████ 2011. The value reported is █r 50% interest in the real estate.

| Name of Person Reporting | Date of Report |
|---|---|
| HEAD, HAYDEN | 06/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HAYDEN HEAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544